# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR162 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RUBEN LOPEZ CAZARES, | ) | |
| | ) | |
| Defendant. | ) | |

An arraignment is scheduled before the undersigned magistrate judge at **2:00 p.m. on May 9, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 5th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge