## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR162** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RUBEN LOPEZ CAZARES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of the government for an extension of time in which to disclose transcripts of intercepted conversations (Filing No. 15). Government's counsel represents that defendant's counsel has no objection to the motion. The motion (Filing No. 15) is granted. The government shall have to July 15, 2005, in which to disclose the transcripts of intercepted conversations to counsel for defendant.

**IT IS SO ORDERED.**

DATED this 1st day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge