IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AFFIDAVIT OF RUBEN LOPEZ CAZARES |
| ) | 8:05CR162 |
| RUBEN LOPEZ CAZARES, ) | |
| ) | |
| Defendant. ) | |

STATE OF NEBRASKA )
) ss.
COUNTY OF MADISON )

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
05 SEP -9 PM 12:02
OFFICE OF THE CLERK

I, Ruben Lopez Cazares, depose and state as follows:

1. That I am the Defendant in the above-captioned case.

2. That I have retained the law firm of Stratton, Ptak & Kube, P.C. to represent myself in regard to the above-captioned case.

3. That I have been advised by my attorney for the reason of the continuance and that I have no objection to the continuance of the Trial originally scheduled for September 13, 2005, at 9:00 a.m.

4. That I have no objection to the extension of the discovery deadlines scheduled in this matter.

5. That I understand that the continuance is excludable time under the Speed Trial Act of 18 USC § 3161.

6. That I waive my right to a speedy trial pursuant to 18 USC § 5036.

FURTHER AFFIANT SAYETH NOT.

_____
Ruben Lopez Cazares

Subscribed and sworn to before me this 9th day of September, 2005.

GENERAL NOTARY - State of Nebraska
ANDREW D. WEEKS
My Comm. Exp. March 10, 2008

_____
Notary Public