**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR162 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **RUBEN LOPEZ-CAZARES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Douglas J. Stratton and Andrew W. Weeks to withdraw as counsel for the defendant, Ruben Lopez-Cazares (Lopez-Cazares) (Filing No. 37). The court held a hearing on the motion on November 22, 2005. Lopez-Cazares was present together with Mr. Stratton and the government was represented by Assistant U.S. Attorney Joe. W. Stecher. Following an inquiry by the court, the motion to withdraw (Filing No. 37) is granted.

The court further determined Lopez-Cazares to be eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. James J. Regan, 1905 Harney Street, Omaha, NE 68102, (402) 341-2020, is appointed to represent Lopez-Cazares for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Stratton shall forthwith provide Mr. Regan with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Stratton which are material to Lopez-Cazares' defense.

The clerk shall provide a copy of this order to Mr. Regan and the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 28th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge