# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR162 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RUBEN LOPEZ CAZARES, | ) | |
| GENARO FAVALA RAMIREZ, | ) | |
| ELADEO FAVALA RAMIREZ, | ) | |
| HILARIO FELIX and | ) | |
| MANUEL GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following the arraignment of several defendants on November 21, 2005. After a determination that the discovery in this matter is voluminous, the court granted defendants additional time in which to adequately prepare to file pretrial motions to January 9, 2006. The additional **time** arising as a result of the granting of the extension, i.e., the time between **December 8, 2005 and January 9, 2006**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

DATED this 28th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge