IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                       **Plaintiff,**     )<br>                                                     )<br>   vs.                                              )<br>                                                     )<br>RUBEN LOPEZ CAZARES,           )<br>GENARO FAVALA RAMIREZ, and  )<br>HILARIO FELIX,                           )<br>                                                     )<br>                       **Defendant.**   ) | 8:05CR162<br><br><br>ORDER |

The following motions are scheduled for hearing before the undersigned magistrate judge at **1:30 p.m. on March 28, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Defendant Genaro Favala Ramirez's motion to Dismiss, filing number 106.
Defendant Ruben Lopez Cazares' motion for Bill of Particulars, filing number 110.
Defendant Hilario Felix's motion for Bill of Particulars, filing number 116.

Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.**  This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
> (a)    **Witnesses.**  At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
> (b)    **Exhibits.**  At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

This being a criminal case, defendants must be present unless otherwise ordered by the court.

DATED this 6th day of March, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge