# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR162 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RUBEN LOPEZ CAZARES, | ) | |
| HILARIO FELIX, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the government's motion to extend the government's time to file its Bill of Particulars (Filing No. 134) and the government's amended motion to extend the government's time to file its Bill of Particulars (Filing No. 135). The government states that counsel for the defendants do not object to the extension of time. Upon consideration,

**IT IS ORDERED:**

1. The government's motion to extend the government's time to file its Bill of Particulars (Filing No. 134) as amended (Filing No. 135) is granted.

2. The government shall file its Bill of Particulars **on or before April 14, 2006**.

DATED this 12th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge