IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR162** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **RUBEN LOPEZ-CAZARES,** | ) | |
| Defendant. | ) | |

In accordance with the accompanying memorandum and order,

IT IS ORDERED:

1. The court has completed initial review of the Defendant's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Filing No. 374);

2. Upon initial review, the Defendant's § 2255 motion is summarily dismissed; and

3. The Clerk is directed to mail a copy of this memorandum and order to the Defendant at his last known address.

DATED this 28th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge