# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RUBEN LOPEZ-CAZARES,<br><br>    Defendant. | 8:05CR162<br><br>ORDER |

This matter is before the Court on the Defendant's "Motion Seek Leave Reconsideration of July 26, 2018 Order," ECF No. 427, and "Motion Seek Leave Permission to File Supplement #1 to Reconsideration Motion," ECF No. 428. The Court has reviewed and considered both Motions, and notes that the Defendant's "Motion Seek Leave Permission to File Supplement #1 to Reconsideration Motion" has been filed and docketed by the Clerk. For the reasons set forth in the Court's Order of July 26, 2018, ECF No. 425,

IT IS ORDERED:

1. The Defendant Ruben Lopez Cazares's "Motion Seek Leave Reconsideration of July 26, 2018, Order," ECF No. 427, is denied;

2. The Defendant Ruben Lopez Cazares's "Motion Seek Leave Permission to File Supplement #1 to Reconsideration Motion," ECF No. 428, is denied as moot; and

3. The Clerk will send a copy of this Order to the Defendant at his last know address.

Dated this 7th day of September, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge